AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br><br>Raymond Neuberger<br>*Defendant(s)* | )<br>)<br>)  Case No. 3:25CR __412__ (RMS)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 24, 2025__ in the county of __Fairfield__ in the _____ District of __Connecticut__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communications of Threats |

This criminal complaint is based on these facts:
See attached Affidavit of Federal Bureau of Investigation (FBI) Special Agent Matthew Loucks.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Matthew Loucks, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/02/2025__

_____
*Judge's signature*

City and state: __New Haven, Connecticut__    Hon. Robert M. Spector, U.S. Magistrate Judge
*Printed name and title*